# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 22 2005

LORETTA G. WHYTE
CLERK

### Request for Modifying the Conditions Or Terms of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

**Name of Offender :** PAULETTE GARNER         **Case Number :** 053L 2:00CR00065-002C

**Name of Sentencing Judicial Officer :** Honorable Helen G. Berrigan

**Offense :** 21 USC 841(a)(1) and 846 - Conspiracy to possess with intent to distribute cocaine base

**Date of Sentence :** August 15, 2001

**Sentence :** Seventy months in the custody of the Bureau of Prisons, followed by a five year term of supervised release. A $100.00 special assessment fee was also ordered

**Special Conditions :**

1. Orientation and life skills program
2. Drug testing and/or treatment program
3. Mental health treatment

**Type of Supervision :**   Supervised Release      **Date Supervision Commenced :**   September 17, 2004

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.

[ X ]   To modify the conditions of supervision as follows :

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**REASON FOR MODIFICATION :**

Since the commencement of supervision, Garner has violated the conditions of her supervision as follows. She tested positive for cocaine on September 22, November 18, December 27, 2004 and February 10, 2005. She also tested positive for marijuana on December 30, 2004. Garner has also violated the rules of the drug aftercare and mental health treatment programs by receiving several stalls for missing both individual sessions and group meetings at Family Services of Greater New Orleans. Garner received stalls for missing group meetings for drug after care on January 11, January 12, January 13, January 14, January 15, January 18, January 19, January 20, January 21, January 24, and January 27, 2005. She also received stalls for failing to report for random drug tests on October 22, October 27, November 3, November 5, November 10, November 19, November 29, December 20, 2004, January 4, January 7, January 14, January 18, January 20, January 21, January 24, January 27, and February 1, 2005.

Garner has a history of substance abuse problems and has received increased treatment after each violation. She was finally placed in inpatient drug treatment on February 16, 2005, a treatment option she was never given in the past. She completed this treatment satisfactorily on March 17, 2005. As a precursor to any future substance abuse violations, it is recommended that Garner be removed from her environment and placed in the Volunteers of America Comprehensive Sanction Center (VOA/CSC). Therefore, it is requested that the conditions of supervision be modified pursuant to this recommendation. A Probation Form 49 has been signed by Garner who welcomed this modification.

The defendant shall reside in the VOA/CSC for a period of three months (90 days), and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is

deemed capable by the probation officer. The defendant shall remain at the facility for three months or until she is discharged by the facility's director with the concurrence of the probation officer.

Kenny R. Dixon
U.S. Probation Officer
March 21, 2005

REVIEWED BY:

Stephanie H Williams
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/23/05
Date

DISTRIBUTION:
Original             - Clerk's Office
1 Copy Certified     - U.S. Attorney
1 Copy Certified     - Defense Counsel
2 Copies Certified   - U.S. Probation



PROB 49

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

COMMUNITY CONFINEMENT: The defendant shall reside in the Volunteers of America Comprehensive Sanction Center (CSC) for a period of three months (90 days), and shall observe the rules of that facility. The defendant shall contribute to the cost of such confinement to the extent that the defendant is deemed capable by the probation officer. The defendant shall remain at the facility for three months or until she is discharged by the facility's director with the concurrence of the probation officer.

Witness: _____
Kenny R. Dixon
U.S. Probation Officer

Signed: _____
Paulette Garner
Probationer or Supervised Releasee

3-17-05
DATE