MINUTE ENTRY
MOORE, M.J.
SEPTEMBER 20, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO. **00-65**

PAULETTE GARNER                                  SECTION "C"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/~~WITHOUT~~ COUNSEL _____
              _X_/ ASST. U. S. ATTORNEY  KEVIN BOITMANN
              _X_/ PROBATION OFFICER KENNY R. DIXON
              ___/ INTERPRETER,_____, SWORN (TIME: ____.M. TO ____.M.)

_X_/ DEFENDANT WAS ADVISED OF HER RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ  ~~SUMMARIZED~~  ~~WAIVED~~

___/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

_X_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
_X_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

_X_/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
     September 22, 2006 at 10:00 A.M.
_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
     September 25, 2006 at 10:00 A.M.
_X_/ RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
     BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN

MJSTAR: :08

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____