MINUTE ENTRY
SEPTEMBER 22, 2006
MOORE, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-65 |
| PAULETTE GARNER | SECTION: C |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT  FPD: _John Craft_
_500 Poydras St. NOLA 70130_

X/ASST. U.S. ATTORNEY  KEVIN BOITMANN

_/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

_/GOVERNMENT WITNESS(ES) _____

_/DEFENSE WITNESS(ES) _____

MJSTAR: :03

___ Fee
___ Process
 X   Dktd
___ CtRmDep
___ Doc. No

PAULETTE GARNER                              00-65 C
DEFENDANT                                    CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

___/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

_X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

_X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

_X_/ THE DEFENDANT (WAIVED) (STIPULATED) TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN.

___/ OTHER: _____