

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00 - 065 |
| v. | * | SECTION : C |
| PAULETTE GARNER | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT**, through undersigned Assistant United States Attorney for the Eastern District of Louisiana, comes the United States of America, who, with respect, represents as follows:

1.

On August 15, 2001, the defendant, **PAULETTE GARNER**, was sentenced following her conviction for violating Title 21, United States Code, Section 846, relative to conspiracy to possess with intent to distribute cocaine base, by the Honorable Helen G. Berrigan, United States District Judge for the Eastern District of Louisiana.

2.

Details of the defendant's sentence and supervised release are set forth in Exhibit "A," attached hereto and made a part hereof by reference.



3.

Defendant has violated the terms of her supervised release in the manner set forth in Exhibit "B," attached hereto and made a part hereof by reference.

4.

In addition to the violations set forth in Exhibit "B," the defendant has also violated the terms of her supervised release in the following manner:

A.) The defendant has not completed any of her scheduled life skills classes.

B.) The defendant failed to report to the Probation Office on September 7, 2006.

C.) The defendant has not submitted a monthly supervision report since April, 2006, although she had been instructed to submit such reports within the first five days of each month.

**WHEREFORE**, the United States of America respectfully requests that the defendant, **PAULETTE GARNER**, be brought before this Honorable Court, that she be served with a copy of this Rule, and that she be ordered to show cause on the _____ day of _____, 2006, at _____.m., before the Honorable Helen G. Berrigan, United States District Judge for

the Eastern District of Louisiana, at the United States District Courthouse, Room C-552, New Orleans, Louisiana, why her term of supervised release should not be revoked.

                Respectfully submitted,

                JIM LETTEN
                UNITED STATES ATTORNEY

                KEVIN G. BOITMANN
                Assistant United States Attorney
                La. Bar Roll No. 26203
                Hale Boggs Federal Building
                500 Poydras Street, Second Floor
                New Orleans, Louisiana 70130
                Telephone: (504) 680-3109
                Fax: (504) 589-4393