FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 28 PM 1:04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.   00 - 065** |
| v. | * | **SECTION :   C** |
| **PAULETTE GARNER** | * | |
| | * * * | |

## ORDER

**IT IS HEREBY ORDERED** that the defendant, **PAULETTE GARNER**, be brought before this Court, a copy of this rule be served upon her, and that she show cause, if any she can, on the 25th day of October, 2006, at 9:00 a.m., why the supervised release granted by the Court on August 15, 2001, should not be revoked.

New Orleans, Louisiana, this 27th day of September, 2006.

HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE