**MINUTE ENTRY**
**BERRIGAN, J.**
**OCTOBER 25, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 00-065** |
| **PAULETTE GARNER** | **SECTION: "C"** |

### RULE TO REVOKE SUPERVISED RELEASE

**COURT REPORTER:**    David Zarek
**COURTROOM DEPUTY:** Kimberly County

**APPEARANCES:**    Kevin G. Boitmann, Asst. U.S. Attorney
    John Craft, Counsel for Defendant
    Kenny Dixon, U. S. Probation Officer
    Paulette Garner, Defendant

Case called; all present & ready.
Deft stipulates to violations in the Rule to Revoke.
Deft witness: Stanley Trammell, sworn, testified.
Argument by counsel for the parties.
ORDERED - Supervised Release revoked; deft sentenced to custody of Bureau of Prisons for 9 months.
Recommended that defendant be placed in facility in or near Bryant, TX.
Deft remanded to USM.
Court adjourned.

JS-10:  00:19