◯AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____LOUISIANA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| PAULETTE GARNER | Case Number: 053L 2:00CR00065-002 "C" |
|  | USM Number: 26973-034 |
|  | JOHN CRAFT |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of conditions   _as specified in the Rule to Revoke_   of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Garner submitted urine specimens to personnel of the U. S. Probation Office and the Methodist Counseling Center which tested positive for cocaine, marijuana and methamphetamines | July 27, 2006 |
| Special Condition No. 2 | Garner violated the rules of the drug aftercare and mental health treatment programs by receiving stalls for missing both individual sessions and group meetings at Family Services of Greater New Orleans. Garner also received stalls for failing to report for random drug tests. Garner ceased participation in the drug treatment program on or about July 17, 2006, the day she completed the intake processing for the intensive outpatient drug treatment program. | July 26, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ###-##-2048 | October 25, 2006 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: August 30, 1964 | /s/ Helen G. Berrigan |
| | Signature of Judge |
| Defendant's Residence Address: | |
| 421 LAUREL STREET | |
| METAIRIE, LOUISIANA | HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judge |
| | October 25, 2006 |

| | |
|---|---|
| **COURT REPORTER:** DAVID ZAREK | CERTIFIED AS A TRUE COPY |
| **U. S. ATTORNEY:** KEVIN BOITMANN | ON THIS DATE _____ |
| **PROBATION OFFICER:** KENNY DIXON | BY _____ |
| **COURTROOM DEPUTY:** KIMBERLY COUNTY | Deputy Clerk |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        PAULETTE GARNER
CASE NUMBER:      053L 2:00CR00065-002 "C"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
9 MONTHS

X   The court makes the following recommendations to the Bureau of Prisons:
    THAT DEFENDANT BE PLACED IN A FACILITY IN OR NEAR BRYANT, TEXAS

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL